UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY THE LUU, | No. C 14-044 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| ROBERT GOWER, Warden, | |
| Respondent. | |

Petitioner's request for an extension of the deadline to file his amended petition for writ of habeas corpus is GRANTED. (Docket # 5.) Petitioner must file an amended petition no later than **July 31, 2014**. Failure to file the amended petition by that deadline will result in the dismissal of this action.

IT IS SO ORDERED.

DATED: July 1, 2014

_Susan Illston_
SUSAN ILLSTON
United States District Judge