UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUY THE LUU,                                          No. C 14-044 SI (pr)

        Petitioner,                               **ORDER EXTENDING DEADLINES**

        v.

ROBERT GOWER, Warden,

        Respondent.
_____/

      Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus.  Having considered the request and the accompanying declaration of attorney Pamela Critchfield, the court GRANTS respondent's request. (Docket # 13.) Respondent must file and serve his response to the petition no later than **March 13, 2015**. Petitioner must file and serve his traverse no later than **April 10, 2015.**

      In the future, counsel's declarations should include language to the effect of, "I declare under penalty of perjury that the foregoing is true and correct."  *See* 28 U.S.C. § 1746.

      IT IS SO ORDERED.

DATED: January 14, 2015

_____
SUSAN ILLSTON
United States District Judge