UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY THE LUU, | No. C 14-044 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ROBERT GOWER, Warden, | |
| Respondent. | |

Petitioner has filed an *ex parte* request for an extension of time to file his opposition to respondent's motion to dismiss the habeas petition. Upon due consideration, the court GRANTS petitioner's request. (Docket # 18.) Petitioner must file and serve his opposition to the motion to dismiss no later than **May 15, 2015**. *No further extensions of this deadline should be expected.* Respondent must file and serve his reply (if any) no later than **May 29, 2015**.

IT IS SO ORDERED.

DATED: April 20, 2015

SUSAN ILLSTON
United States District Judge