UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY THE LUU, | No. C 14-044 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT GOWER, Warden, | |
| Respondent. | |

This action is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: June 23, 2015

_____
SUSAN ILLSTON
United States District Judge